**Exhibit A to the Complaint**

**Location:** New York, NY

**Total Works Infringed:** 75

**IP Address:** 98.116.99.200

**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 1 | Info Hash: 747D3FC7E024B3165FFCC028FBD37CBE09D1B640 File Hash: B0D40E41F0DC9D5094ADFC31E36D551DA13B07625F4C9F1E1CF922851D82B78D | 04/29/2021 01:50:51 | Blacked Raw | 01/11/2021 | 02/26/2021 | PA0002283703 |
| 2 | Info Hash: AC9A5EE29CBCB4F6D3A3B62BDCA7AFD84BCE5EB0 File Hash: 443494229C1D0F6C2875311264A7375F811AD1566D902ADF049736CB85269E5C | 04/29/2021 01:49:20 | Blacked Raw | 11/23/2020 | 12/09/2020 | PA0002274806 |
| 3 | Info Hash: 08E4516F2B10B7116E9DFDC23BAD089C16D51A99 File Hash: 59CC496DF2C8E95867635AE3E980F1431D87E8711786E031BF179B341324DF38 | 04/29/2021 01:49:17 | Blacked Raw | 12/21/2020 | 01/05/2021 | PA0002269958 |
| 4 | Info Hash: 15993034DF725B0F95C9E986F41206E43CE88572 File Hash: E72A5AD2FA19999DE3594E4E11E69AAE595C3F128A09DA5E97317E75BBA0CA28 | 04/07/2021 01:29:17 | Tushy | 03/07/2021 | 03/22/2021 | PA0002282503 |
| 5 | Info Hash: 7BF81F64765F29E4422A43F4A24C7785E7FBB612 File Hash: 670F9C3A0C7F206BF7AA56F3C977AA5B9E37A6EBED8DCBA9A06ED2BDC1085A27 | 04/07/2021 00:54:58 | Tushy | 02/21/2021 | 03/08/2021 | PA0002280370 |
| 6 | Info Hash: FEBD1E4F3502010960D02B0B8A12F3BAE11B4925 File Hash: 2483AF0C38D6E2688F39D2812AE569B8E34C1A34BF2758AEC947472E50263914 | 04/07/2021 00:44:05 | Tushy | 02/07/2021 | 03/08/2021 | PA0002280362 |
| 7 | Info Hash: 0B2D244E6C372AFB4EA5ECAC53684B50CE489230 File Hash: 374F6A352D2777D9FA27B09765B01F663BEDFA9232A8570726A6A8DF3989D115 | 04/07/2021 00:23:14 | Tushy | 01/31/2021 | 02/09/2021 | PA0002276144 |
| 8 | Info Hash: 0FE305D76CCE80D3A29532297DD678EC3F80A872 File Hash: 1F0863C052BE7EF4F411A62969D8F455E38A4BC82B7FEEA5FABC59AB9E498392 | 04/07/2021 00:05:53 | Tushy | 01/24/2021 | 02/26/2021 | PA0002283696 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 72B0F1168786EE85BDFE7815FEE833ACB0611C68 File Hash: E615313D9ECE13DD904034EABC5993D67BA8135F472E59E4DC2D4E51BBFD0770 | 04/06/2021 23:34:17 | Tushy | 01/17/2021 | 02/09/2021 | PA0002276149 |
| 10 | Info Hash: 9F78A2F5EED40C498ABE733F0B017BEB99482A1E File Hash: 96531365AA131996331F8E2EDCD2D43ABDD4A7DFB4A1E53244F6C5B8A7A94299 | 04/06/2021 23:31:44 | Tushy | 01/03/2021 | 02/02/2021 | PA0002280504 |
| 11 | Info Hash: 4D050B921ABD1BCB699D05BD3493149F8E7BB210 File Hash: 7DFD5CA2BB2007F1362E48819AB4B61F5F42BC4F0C77DE1B458517DBDB51CDC1 | 04/06/2021 23:31:15 | Tushy | 12/27/2020 | 01/05/2021 | PA0002269957 |
| 12 | Info Hash: 73554FFBC3738FD084087C0DBD1B77FF52A5E6F9 File Hash: EB9E17DAE379436C5C320B4F6D686051E5E07DE9C5FF77B54FDDE8BF45A4900A | 04/06/2021 23:28:26 | Tushy | 01/10/2021 | 02/09/2021 | PA0002276153 |
| 13 | Info Hash: 50EA4986D5F3A2D7C37D02120A0AF6CB8E6F6C23 File Hash: 0B8432267E2CA76F91E49252D1439CDAFA9F304C36A01EF251C41846285AB95A | 04/06/2021 23:28:16 | Tushy | 11/08/2020 | 12/09/2020 | PA0002274932 |
| 14 | Info Hash: 93C2BA92D53541EF878CB1D4977CF184CABE9997 File Hash: D85BEC206AA0030CBC11BA9C626D34320022C32286C21D792D74B0AC92B62B4F | 04/06/2021 23:27:39 | Tushy | 11/01/2020 | 11/18/2020 | PA0002272627 |
| 15 | Info Hash: 41173C5F7359A9FC9F286D56CAA3585A9B525A27 File Hash: 6726476A3C0BB654896DD95921CAAA306C2870E19C498587A6AE105DBC5F10CC | 04/06/2021 23:26:52 | Tushy | 12/20/2020 | 01/05/2021 | PA0002269960 |
| 16 | Info Hash: C48092E903EF19D5A3D638C59DCCA893AFD5C8EB File Hash: 24CDFBD7379A97D9AB067D89C486912278954DC48B63D765AD592A24E68F7F0D | 04/06/2021 23:24:42 | Tushy | 10/25/2020 | 11/24/2020 | PA0002265965 |
| 17 | Info Hash: D9E6C89D800F198B3963C0129111D296C3830B1B File Hash: 1FB697D7471A2E39B8C66FE7BEAA6AC696275A30A51A1843749723A4238E2D03 | 04/06/2021 23:24:34 | Tushy | 10/18/2020 | 11/05/2020 | PA0002263388 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 89AA2665D3899885EAEA7F5A2C918A5C0A1E5C5A File Hash: 6B7EF1B84F8E2C5A6B7FA99CF3ACD25162F15ECBD3521CF53813B3082486952D | 04/06/2021 23:23:08 | Tushy | 12/13/2020 | 12/28/2020 | PA0002269085 |
| 19 | Info Hash: 0C1F5D1FDC3E888D77C07CD63B4CBE6502ED6D2D File Hash: B102666EC3AF3550EAE94E349BFFC128271257A275E8BC5C4BA7CC64DEA5C64A | 04/06/2021 23:22:28 | Tushy | 09/14/2020 | 09/29/2020 | PA0002258682 |
| 20 | Info Hash: 1416E89A90ED70C59B298F026035E4E8CF4349CA File Hash: E7EF8497C4A17306740C81C0CACA8B2E5E19A5CBC7656420EDC77D3C9755B15F | 04/06/2021 23:20:59 | Tushy | 08/30/2020 | 09/05/2020 | PA0002255477 |
| 21 | Info Hash: BF90C6D1B3C85C2F0D54127979837F539D753821 File Hash: 4F4CE01670E87386E959A04EB6B5BC51679C5F5D9DD0D6226475E2F200FB7172 | 04/06/2021 23:20:24 | Tushy | 12/06/2020 | 12/28/2020 | PA0002269080 |
| 22 | Info Hash: 0245AC38C37589D3F36A8600E15515AC35F26FEB File Hash: FDF0544FB5D835A5143A0D169146EF56DE96B6E5B60C2D8C32940168DAA1B9CD | 04/06/2021 23:18:14 | Tushy | 09/06/2020 | 09/22/2020 | PA0002265873 |
| 23 | Info Hash: 1A8DCF0C152304F2BB246BDB17F0F9BF1AF0A33F File Hash: 87E07A405D15190CACF4C8AFA342BFB1677B86EBD7E48AF6A36013DE4CB7A190 | 04/06/2021 23:17:42 | Tushy | 11/22/2020 | 11/30/2020 | PA0002266355 |
| 24 | Info Hash: E078B84E2961C5CBE891F39D63B85A576897E52F File Hash: C1D0623A72047DE21B1893F87BAF08BDA03686FEBAA0E67DEC4BF173D6B3E231 | 04/06/2021 23:16:58 | Tushy | 11/29/2020 | 01/04/2021 | PA0002277033 |
| 25 | Info Hash: A278283F6272E595F38E1631666A571E1114F8EA File Hash: 02D0C4A55A052D2EFCF4F9B06BEBCDC4108ECB4629B42B3582FE28BE02657604 | 04/05/2021 03:00:42 | Blacked Raw | 12/28/2020 | 01/05/2021 | PA0002269956 |
| 26 | Info Hash: 850607A48AE7C7A5B7ACC2E924C6BE119D12B001 File Hash: FA7E6E38F30898A2295ECF4C22FCA4C395041183F74616035787A2078529B00D | 04/05/2021 01:59:47 | Blacked | 01/02/2021 | 01/05/2021 | PA0002269954 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: FEEB895B9C9450A56EF2E58F9EC06EC6C180CDEC<br>File Hash: EBF2B063131214DFB8A7096741FF6D8E2A2BB046D1716B81EFA57399457A0F45 | 04/05/2021 01:36:19 | Blacked Raw | 12/14/2020 | 12/28/2020 | PA0002269086 |
| 28 | Info Hash: 3D04CB0CE738558A4622603B3D95E3CC65FA5DA4<br>File Hash: 659ADF72BD7D1D3287E75B65E5A79BF5D3296FB6625F0D71AB979FDFB525BD69 | 04/05/2021 01:33:30 | Blacked Raw | 01/25/2021 | 02/09/2021 | PA0002276145 |
| 29 | Info Hash: D90661C4EAF703AD571420CB0E7B68DA96A83C8F<br>File Hash: EC6D90A123469F683033BF6383B5F9752EA070551E408220A225B6352EE6E9B6 | 04/05/2021 01:33:16 | Blacked Raw | 01/04/2021 | 02/02/2021 | PA0002280514 |
| 30 | Info Hash: D5B0FA764A69E1A4EB83ABC190383AD113DE2B05<br>File Hash: 0B8BBE2EBAA7108EE7C125D0839316D242EE77B600D9D805D62AA1EB65062628 | 04/05/2021 01:16:10 | Blacked | 10/24/2020 | 11/05/2020 | PA0002263386 |
| 31 | Info Hash: 4EFB065D3B9E7A5DA5369BF70FADF3B1192119D6<br>File Hash: 2C29429773BBA5F4ADC6F4E543FE1A698556776657914B00438BBC30FBB29340 | 04/05/2021 01:14:09 | Blacked | 12/05/2020 | 01/04/2021 | PA0002277031 |
| 32 | Info Hash: CBEC46459AE533CA84B9B04B6112A56ECA06279B<br>File Hash: 230D3F95B666FD506C2CD0E1859CAD4F2BDE3DFF5C8BB975B0C1F971338FBB5D | 04/05/2021 01:05:39 | Blacked Raw | 01/18/2021 | 02/09/2021 | PA0002276148 |
| 33 | Info Hash: 5EF5E7587779A60CF3BA49CED6EFA0BAA4AE9086<br>File Hash: CCE9ABA0858A8190CAF6D07329F272E63316C702F19E61F27A8B603298B11E7B | 04/05/2021 01:05:38 | Blacked | 10/31/2020 | 11/24/2020 | PA0002265967 |
| 34 | Info Hash: 20D2DFB8A9D1E65AFF9CB52590761413AC2BD837<br>File Hash: 28B6C550ACA75BFFDB14BB0C16135FBE0D9BAF310C913BD24D8A607501B949B3 | 04/05/2021 00:50:59 | Blacked Raw | 10/19/2020 | 11/05/2020 | PA0002263389 |
| 35 | Info Hash: 4FF32647D7DC0148291EC2BFD9EDE016C8AB72C9<br>File Hash: E2793A4F877F5DDCB57B392B137B0A8683717734A3539904BF176D626C0C17EA | 04/05/2021 00:50:46 | Blacked | 10/17/2020 | 11/05/2020 | PA0002263387 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 36 | Info Hash:<br>25A89AFEEA21CC02479E2C33520831964FCBEDD9<br>File Hash:<br>1494804E16AFEC1629371D903BA5C7B4B98823FDDF177789E07E00E5DD297B8C | 04/05/2021<br>00:45:21 | Blacked | 11/14/2020 | 11/30/2020 | PA0002266362 |
| 37 | Info Hash:<br>F01900AFFE4FF6DEB6036AAABBE346CED65F7096<br>File Hash:<br>55C56E6313B724F1A13843E56871A27967BB151ADF83A4C0BFBCB68F08157032 | 04/05/2021<br>00:42:55 | Blacked<br>Raw | 11/16/2020 | 11/30/2020 | PA0002266360 |
| 38 | Info Hash:<br>AE7D70AB15439F9F5F4063186E1DE036B7346EF6<br>File Hash:<br>CBE43EE8AF85BD7B8B4311E0CD2BC07220BA8B39B95A1F941D71DFB94980DEC6 | 04/05/2021<br>00:39:50 | Blacked<br>Raw | 11/02/2020 | 11/24/2020 | PA0002265968 |
| 39 | Info Hash:<br>FB1062DEBE9D48CFEC5732E50EF4462C3F741403<br>File Hash:<br>335EEFDCC5236DD95EA0EB3242E33659D0527EB8DC80CEAB01D6724156A5E8E8 | 04/05/2021<br>00:39:44 | Blacked | 11/07/2020 | 11/24/2020 | PA0002265966 |
| 40 | Info Hash:<br>12AAB75A3A3BB64DE4339240DF6D1269CAED426B<br>File Hash:<br>C1E81036C947E3579382E5E77BA638DC7F8D78FDA01629B06263EEEE1D7D9F42 | 04/05/2021<br>00:39:11 | Blacked<br>Raw | 11/09/2020 | 12/09/2020 | PA0002274940 |
| 41 | Info Hash:<br>78E300227DFA72C621B80BAC6AED21260896C9E6<br>File Hash:<br>ECA2B03B6CC8970AAE989CEB0E1F6918FA99F1BE6E99D138C68B0501CD50904D | 04/05/2021<br>00:35:04 | Blacked | 10/03/2020 | 10/22/2020 | PA0002261803 |
| 42 | Info Hash:<br>86C5F87BA9C2618D57F79C76608F5D883C5439CF<br>File Hash:<br>58FBE5F562F65118013731FFA138E1D677C1589287C02171C3829034C0E6DAED | 04/05/2021<br>00:27:50 | Blacked | 12/19/2020 | 01/05/2021 | PA0002269959 |
| 43 | Info Hash:<br>DB0A6C09AFAD8158D7C66AA690789A4FFF1E420F<br>File Hash:<br>16C7BFE26C8FD0235DF2F746F947F27F88764464E2AA3A5129A6ADAA2B4B8F67 | 04/05/2021<br>00:21:37 | Blacked<br>Raw | 12/07/2020 | 12/28/2020 | PA0002269082 |
| 44 | Info Hash:<br>6037771671E3F13DC456266283B3B829A2CCD6C7<br>File Hash:<br>5F3CF9CF0EF6BF158D8D52710FB4431C09B4CD4B9EB8BD01E48D638C02B30D23 | 04/05/2021<br>00:19:24 | Blacked<br>Raw | 08/31/2020 | 09/05/2020 | PA0002255473 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 45 | Info Hash: 93B327A8C48936A0E4EE9E25BA5D92239B7F914E File Hash: 00569396D8A24122745102BDD317673CF22263E245479FF762519E19B818C9C2 | 04/05/2021 00:19:12 | Blacked Raw | 11/30/2020 | 01/04/2021 | PA0002277037 |
| 46 | Info Hash: C4C141CBBF3D8527311C88CF35A0E95DF890CE0E File Hash: 3FA3B64C5DA88C32A07C7B32EB8F154367F9752AA82D525835C7A881C2152D53 | 04/05/2021 00:17:47 | Blacked | 09/05/2020 | 09/29/2020 | PA0002258686 |
| 47 | Info Hash: 47EFF10A48B116CE25A44DCBB64795ADB5789D0D File Hash: E9A2BD560E5A809DABA69192DD5DFA4E31D5620BC4BCFEFBD51A4A967CC8AA72 | 04/05/2021 00:17:37 | Blacked | 11/28/2020 | 12/28/2020 | PA0002269083 |
| 48 | Info Hash: 1165841EEA3A91B85B3D7319CF4AF9CFBD1613CD File Hash: 58B4D5D8119A046B29F7BE6CB0A775C7A92BE85EAC2B369A62D0A79EDF924B91 | 04/05/2021 00:16:55 | Blacked Raw | 10/12/2020 | 10/22/2020 | PA0002261809 |
| 49 | Info Hash: C78AC8F471AEA08F1FE017E966DDCF6E75BE4D2F File Hash: C42FA33499ABEE9C06E48FC89F82BB6F6997D9B8883E039624BA994253C8BBCF | 04/05/2021 00:16:00 | Blacked Raw | 09/07/2020 | 09/29/2020 | PA0002258685 |
| 50 | Info Hash: 6EC72C430F3900D2D4440E12EF92AC2862C180DF File Hash: FAB213C1079725D92C6F9D68A7701C5998A997AE3D53248E8C6FBD8125E46B58 | 04/05/2021 00:15:42 | Blacked Raw | 09/21/2020 | 09/29/2020 | PA0002258687 |
| 51 | Info Hash: 36FD04EF7D45EDDA0F61DD10039130325F2FAD4D File Hash: FD5CC82043879CC5022E7596B91069EE476B225B630643297D725432FD7E4E5A | 04/05/2021 00:15:21 | Blacked Raw | 09/14/2020 | 09/29/2020 | PA0002258688 |
| 52 | Info Hash: 3980955501217BE76D0345A645E2417743951F13 File Hash: EBCDD25DC369E7D0BC847817BAFBD331F74DF1405E898A643A120DCDDF525567 | 04/05/2021 00:15:04 | Blacked | 08/29/2020 | 09/05/2020 | PA0002255478 |
| 53 | Info Hash: 6F65E2CE26FD7A400561F10D9D7C4DD95808DD16 File Hash: 84D64F5A1553C14E2E6EF2858D7296E2205F7156159F702194E29F9118ED3A5F | 04/05/2021 00:14:41 | Blacked | 09/26/2020 | 10/22/2020 | PA0002261801 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 54 | Info Hash:<br>ADCC8D4DDBF936C329CB7657DD2335C7C464F7D1<br>File Hash:<br>4364BEDB2577E05169AB0C94C526612C310DD91FC367192ABEEEEC5E74A8F3D0 | 04/05/2021<br>00:13:29 | Blacked | 10/10/2020 | 10/22/2020 | PA0002261812 |
| 55 | Info Hash:<br>E05487E1CF7CAA07BA8E218D2504F4AEC30906DB<br>File Hash:<br>C7C8F393602BEAC95B913F1D5021A9C80232024434D66ED0AC78F6E611123D02 | 04/04/2021<br>23:55:18 | Blacked<br>Raw | 03/01/2021 | 03/08/2021 | PA0002280355 |
| 56 | Info Hash:<br>40B618515790CB5245901B36028EC5CF962DB9B0<br>File Hash:<br>3B4F63B3EA800CD166A83F1D6D63EA40DA6B878EDF8034E5928B9FB164E6E88C | 04/04/2021<br>23:46:32 | Blacked | 02/20/2021 | 03/08/2021 | PA0002280369 |
| 57 | Info Hash:<br>B0E5916DDA0894DBA9F4D5DF96340FFF086ABF07<br>File Hash:<br>F6495E1085B69EAF1AB4D54066963D3B64639435D63BDAD59D02AD76F1AACBFF | 04/03/2021<br>21:20:59 | Vixen | 01/29/2021 | 02/26/2021 | PA0002283702 |
| 58 | Info Hash:<br>1DBCF8D2F535B0F1D3C3A6A6180B09F4364BCF1A<br>File Hash:<br>34D44A4521F3167D8C9003DF0C17C20F8BD8995FE1422B46112BAD35C06EB660 | 04/03/2021<br>21:17:31 | Vixen | 01/15/2021 | 02/02/2021 | PA0002280500 |
| 59 | Info Hash:<br>8FA3CA33BA6C045B4C5C47B69541A86376772F6C<br>File Hash:<br>871FEC79ED5A2B2D246C3346AD3C02BBD95C1E28D1A81DF416B735D553F314ED | 04/03/2021<br>21:15:39 | Vixen | 01/22/2021 | 02/26/2021 | PA0002283698 |
| 60 | Info Hash:<br>FA27978FF59B9C33EFF36BBC36E8E28CF79D248B<br>File Hash:<br>922FE582CB7F7B987BD868CB65FBC465EA4D15D4016B74BA6F9F87AA8E627F77 | 04/03/2021<br>21:14:55 | Vixen | 01/01/2021 | 02/02/2021 | PA0002281154 |
| 61 | Info Hash:<br>727178DEDE59549B0F3D19A6AE9F515971FBF3AC<br>File Hash:<br>9FDA321883F29EEEC3762C56924CB22E57A8F3DAD2A6A2539740A75970060C20 | 04/03/2021<br>21:12:34 | Vixen | 01/08/2021 | 02/02/2021 | PA0002280513 |
| 62 | Info Hash:<br>D12A07257FE12064F7F7BECE5EAEBE4E3C1F243A<br>File Hash:<br>1C9AF7265A329E592917644F5C0B04F297958FD8B33EABF8CE838524C95A25DD | 04/03/2021<br>21:07:59 | Vixen | 12/25/2020 | 02/02/2021 | PA0002280511 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 63 | Info Hash: 5D70F1482F57B4166431E51572CF8E7A533F7CDE File Hash: E5D4F07F2A8E819E72AB4BE1AA44CB8826291B51F0D373261C243808480449B4 | 04/03/2021 21:05:25 | Vixen | 11/13/2020 | 12/09/2020 | PA0002274953 |
| 64 | Info Hash: 48CF5C2E3FDC7390C7BD670441468B28D502B887 File Hash: 2252CEFD64592EA3595D5DDA62578E639E31212FB128134C738B593439E36EFF | 04/03/2021 21:00:53 | Vixen | 10/16/2020 | 11/18/2020 | PA0002272621 |
| 65 | Info Hash: 2D09909FA7A8A2FBA37C411C3E74E55A5E8DEC25 File Hash: C80E1F91FF542DCE00C8ED2745F7F5E387968B09C551D5858D49FE0D022D2698 | 04/03/2021 21:00:32 | Vixen | 08/21/2020 | 09/22/2020 | PA0002265927 |
| 66 | Info Hash: C7A42FE42017E6C151260FAF891792B447535F96 File Hash: 15DEACAA6CC03F75A8326B0296CB81A02305D5AD15E7E56B71AD311B8D354249 | 04/03/2021 20:59:00 | Vixen | 10/30/2020 | 11/18/2020 | PA0002272620 |
| 67 | Info Hash: 0998597ED9A23DB6F54A42C08BDFCF1B1DCC7C55 File Hash: 798DD01C99C29E575D4F2C1B11315ADB6EE40EA150CA80752DECD32C874214C5 | 04/03/2021 20:55:01 | Vixen | 09/18/2020 | 09/29/2020 | PA0002258680 |
| 68 | Info Hash: 1CA76CE884776BF316B69481D060C6EBEA662691 File Hash: 6D98FB201919434576BCC372C76F2790F421C2FFF4EA7F8747DF0E0F6CC18BB9 | 04/03/2021 20:54:55 | Vixen | 02/12/2021 | 02/26/2021 | PA0002283718 |
| 69 | Info Hash: 1B242BE81BA42A529ED88ECDD7C1D61C80D1F98D File Hash: 89598BDFB9DE877E762F05316378D1B4206F28A96F3848E709B614BCB7CA38AF | 04/03/2021 20:54:52 | Vixen | 10/09/2020 | 11/18/2020 | PA0002272626 |
| 70 | Info Hash: 114E6BA8D6B4AF1069E648F1949BDB465DFF7320 File Hash: C955C718977BCB5250F5AA3C08DC0DDEDDB04650A0D9E2C796AECB178D4946F9 | 04/03/2021 20:54:45 | Vixen | 11/06/2020 | 12/09/2020 | PA0002274936 |
| 71 | Info Hash: 029E8A2328EDEF75E5F9C6279998E47619A1946A File Hash: CCF7C2E7A0FD608368BAA1D1E176A4ECF6597A0C53770B8C23B61349853AEC45 | 04/03/2021 20:54:31 | Vixen | 10/23/2020 | 11/18/2020 | PA0002272622 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash:<br>E94C6C84F8CB699DC6A5BEAF48D1409C03D3A09A<br>File Hash:<br>EED64CB65161A021598703F22CDCA5D24EA9C70C1B9F038BAFD55B5271A7786E | 04/03/2021<br>20:50:24 | Vixen | 11/27/2020 | 11/30/2020 | PA0002266359 |
| 73 | Info Hash:<br>D4E56208BE290AAF986DD87881D7A77129089B86<br>File Hash:<br>CFFEB7D5057D1FD28D9A4F4C1DE274C2FD8D161A7B8518F72C759E7BDD4EA716 | 04/03/2021<br>20:50:18 | Vixen | 12/18/2020 | 01/04/2021 | PA0002277038 |
| 74 | Info Hash:<br>60E66DA223576A6C7873FA0EECC9AB2B1F7E5C2C<br>File Hash:<br>6CE07D0BCFA04C0336F5C5F09E3D5A74AA8B6094B7635522112C56ABD11FE4BD | 04/03/2021<br>20:49:50 | Vixen | 12/04/2020 | 01/04/2021 | PA0002277036 |
| 75 | Info Hash:<br>9293375EA494D31BB0AD30580C2C2AE871D34768<br>File Hash:<br>FB45EB0BB0DB1571251727E1ABFEF475272E066AEE4A94356BBB066AC0AFA962 | 04/03/2021<br>20:49:27 | Vixen | 12/11/2020 | 01/04/2021 | PA0002277039 |